

ORIGINAL

FILED
FEB 19 2016
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| LEONIE INDUSTRIES, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 16-245 C<br>) |
| THE UNITED STATES, | )<br>) |
| Defendant. | )<br>) |

## PLAINTIFF'S NOTICE OF RELATED CASES

Counsel for Plaintiff Leonie Industries, LLC respectfully state that they are not aware of any related case pending before the Court.

Respectfully submitted,

Katherine S. Nucci
1909 K Street, N.W., Suite 600
Washington, D.C. 20006
(202) 585-6931 (tel.)
(202) 585-6969 (fax)
knucci@thompsoncoburn.com (email)

Attorney of Record for Plaintiff
Leonie Industries, LLC

Of Counsel:
Scott F. Lane
Thompson Coburn LLP

Dated: February 19, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I caused Plaintiff's Notice of Related Cases to be served by electronic mail upon:

>Steven Mager, Esq.
>U.S. Department of Justice
>Commercial Litigation Branch
>P.O. Box 480
>Ben Franklin Station
>Washington, D.C.  20044
>Steven.Mager@usdoj.gov (email)

*Katherine S. Nucci*
Katherine S. Nucci