IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| LEONIE INDUSTRIES, LLC, | No. 16-245C |
| Plaintiff, | |
| v. | (Chief Judge Patricia E. Campbell-Smith) |
| UNITED STATES OF AMERICA | |
| Defendant. | |

## MOTION TO INTERVENE

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), SOSi International, Ltd. ("SOSi"), by and through the undersigned counsel, respectfully moves to intervene in the above-captioned bid protest action, which was filed on February 19, 2016. Neither the United States, nor the Plaintiff, Leonie Industries, LLC. ("Leonie"), opposes SOSi's intervention in this action.

SOSi is the awardee of the contract subject to this protest, which was awarded by the U.S. Department of the Army ("Agency") on or about October 28, 2015, in connection with Solicitation No. W560MY-13-R-0006. As the awardee, SOSi qualifies as an Intervenor of Right pursuant to RCFC 24(a)(2), because it has a specific interest in the transaction that is the subject matter of this action (*i.e.*, continued performance of the subject contract). This Court routinely admits a contract awardee as an Intervenor in post-award bid protests. *See, e.g., Cigna Gov't*

*Serv., LLC v. United States*, 70 Fed. Cl. 100, 109 (2006) (admitting awardees as intervenors during status conference; *Sierra Military Health Serv., Inc. v. United States*, 58 Fed. Cl. 573 (2003) (awardees as intervenors).

    Accordingly, SOSi respectfully requests that this Court grant SOSi's Motion to Intervene under RCFC 24(a)(2).

                                                                   Respectfully Submitted,

                                       By:           /s/
                                            L. James D'Agostino
                                            L. JAMES D'AGOSTINO PLLC
                                            McLean Crest Ct.
                                            McLean, VA 22101-3656
                                            Telephone - (703)356-6222
                                            Facsimile - (571) 526-5504
                                            Email – ljd@dagostino-law.com

                                            Counsel for SOS International, Ltd.

Dated: February 22, 2016

## CERTIFICATE OF FILING

  I hereby certify that on February 22, 2016, a copy of the foregoing Motion to Intervene was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                  _____/s/_____

                   L. James D'Agostino